Search
 | com.com
 
 
 
 

 
 

 

 
 

 
 

 

 
 

 

 
 

 
 
 
 You need to enable JavaScript to run this website.
 
 
 

 

 
 
 
 

 
 
 
 
 
 Compare
 
 Personal Loans
 All Categories
 
 
 
 
 
 
 About
 
 How It Works
 Advertise With Us
 Publisher Sign Up
 
 
 
 
 
 
 Legal
 
 Terms Of Use
 Privacy Policy
 Legal
 
 
 
 
 
 
 Account
 
 Coming Soon
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 © Copyright 2018 com.com. All rights reserved.